NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IN RE AMMAR AL-ALI, DON CAROTHERS, DAVID DALKE, MOHAMED K. DIAB, JULIAN M. GOLDMAN, MASSI E. KIANI, MICHAEL LEE, JEROME NOVAK, ROBERT SMITH, AND VAL E. VADEN**

———————————

2011-1086
(Serial No. 10/153,263)

———————————

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

———————————

**JUDGMENT**

———————————

JOSEPH R. RE, Knobbe, Martens, Olson & Bear, LLP, of Irvine, California, argued for appellant. With him on the brief were JOSEPH S. CIANFRANI, JOHN M. GROVER and CHRISTINA J. MCCULLOUGH; and COLIN B. HEIDEMAN, of Seattle, Washington.

MARY L. KELLY, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief were RAYMOND T. CHEN, Solicitor and JOSEPH G. PICCOLO, Associate Solicitor. Of counsel was SYDNEY O. JOHNSON, JR., Associate Solicitor.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* SCHALL and BRYSON, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


March 7, 2012            /s/ Jan Horbaly
Date                 Jan Horbaly
                    Clerk